IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Jeanny King** )<br>P.O. Box 835 )<br>Bourbon, MO 65441, )<br> )<br>   Plaintiff, )<br> ) Case No. 4:10-cv-01370<br>vs. )<br> )<br>**NCO Financial Systems, Inc.** )<br> )<br> )<br> )<br>   Defendant. ) | |

### Notice of Settlement

Plaintiff notifies the Court that the matter has been settled and requests the Court continue the case for thirty days for stipulation for dismissal to be filed.

Respectfully submitted,

/s/ Steven R. White
_____
Purschke, White, Robinson & Becker LLC
STEVEN R. WHITE #74829, MBE 45595
316 E. Locust
Union, Missouri 63084
white@purschkewhite.com
(636) 583-5760  Fax: (866)804-1569
ATTORNEY FOR PLAINTIFF

1